UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERTO CALVALLI, also known as
CARAVAN A. STURGES,

               Plaintiff,

   v.

STATE OF WASHINGTON, et al,

CASE NO. 3:22-cv-05690-JHC-BAT

**SECOND REPORT AND RECOMMENDATION**

The Court recommends dismissing the case without prejudice for failure to pay the filing fee or submit a sufficient application to proceed *in forma* pauperis. On September 15, 2022, Plaintiff submitted a proposed 42 U.S.C. § 1983 complaint. Dkt. 1. Because Plaintiff did not pay the filing fee or apply to proceed *in forma pauperis* (IFP), the clerk sent him a letter to submit an IFP application by October 17, 2022, or the case may be dismissed. Dkt. 2.

After Plaintiff failed to respond to the clerk's letter, the Court on October 28, 2022, recommended the matter be DISMISSED without prejudice. Dkt. 7. On November 14, 2022, Plaintiff filed objections to the report and recommendation. Dkt. 8. The Court thereafter granted Plaintiff until December 2, 2022, to submit a sufficient IFP application. Dkt. 9. On November 21, 2022, Plaintiff filed IFP application. The clerk advised Plaintiff the application was

SECOND REPORT AND
RECOMMENDATION - 1

insufficient and further advised Plaintiff he must submit a sufficient IFP application by March 9, 2022, or the case may be dismissed.

As Plaintiff has not responded to the clerk's request that he submit a sufficient IFP application, the Court recommends the case be dismissed without prejudice.

This Report and Recommendation is not an appealable order. Plaintiff should therefore not file a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit until the assigned District Judge enters a judgment in the case. Plaintiff may file objections no later than **March 27, 2023**. The Clerk should note the matter for **March 31, 2023,** as ready for the District Judge's consideration. The failure to timely object may affect the right to appeal.

DATED this 13th day of March, 2023.

BRIAN A. TSUCHIDA
United States Magistrate Judge

SECOND REPORT AND
RECOMMENDATION - 2