UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERTO CAVALLI, also known as CRAVAN A. STURGES,<br><br>                  Plaintiff,<br><br>   v.<br><br>STATE OF WASHINGTON, et al,<br><br>                  Defendant. | CASE NO. 3:22-cv-05690-JHC-BAT<br><br>**ORDER OF DISMISSAL** |

Having reviewed the Report and Recommendation of the assigned Magistrate Judge, any objections or responses to that, and the record, the Court ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    The case is dismissed without prejudice.

    (3)    The Clerk is directed to send copies of this Order to the parties.

Dated this 31st day of March, 2023.

_John H. Chun_
JOHN H. CHUN
U.S. DISTRICT JUDGE

ORDER OF DISMISSAL - 1